IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-3147 |
| | ) | |
| TWENTY-ONE THOUSAND TWO HUNDRED TWENTY-ONE ($21,221.00) IN U.S. CURRENCY, | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiff's Motion for Default Judgment (d/e 26). The United States filed a verified Complaint (d/e 1) on July 12, 2004. Notice of Action and Seizure was published in the State Journal Register, Springfield, Illinois. The third and final publication was August 4, 2004. The United States also served process on potential claimants.

On February 14, 2005, Johnnie Yolanda Crayton filed a corrected verified claim (d/e 18) in this case, which she signed. Crayton, however, failed to appear at the final pretrial conference and the trial (scheduled on

1

April 3, 2006) and she has failed to take any other action in this case. Moreover, mail sent to Crayton by the Court has been returned as undeliverable. Because Crayton has failed to prosecute her claim, the Court orders it stricken.

No other claims or answers have been filed. More than thirty days have passed since service of process on potential claimants and since the last date of publication. The potential claimants, including Crayton, are not infants, incompetent persons, or in military service.

The United States has shown that there is probable cause to believe that the Defendant is subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(6), to the United States, because said currency is money furnished or intended to be furnished in exchange for a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., or are proceeds traceable to such an exchange.

THEREFORE, Plaintiff's Motion for Default Judgment (d/e 26) is ALLOWED. Judgment is entered in favor of the United States. The Defendant is forfeited to the United States and no other right, title or interest shall exist therein. The Defendant is to be disposed by the United States Marshal in accordance with law.

IT IS THEREFORE SO ORDERED.

ENTER: April 27, 2006.

    FOR THE COURT:

                                        s/ Jeanne E. Scott  
                                        JEANNE E. SCOTT  
                              UNITED STATES DISTRICT JUDGE